# In the United States District Court for the Southern District of Georgia Waycross Division

ALIREZA SHADI,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

5:26-cv-1169

**ORDER**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and states that he is an Iranian citizen who has been in Immigration and Customs Enforcement's ("ICE") custody since January 8, 2025. Dkt. No. 1 at 1, 3. Petitioner also states that he was granted pre-removal voluntary departure by an immigration judge on December 23, 2025, but that he has been unable to depart because of the ongoing war in Iran. Id. at 1. Petitioner asserts that ICE has been unable to remove him to Iran for the same reason and that there is no significant likelihood of removal in the reasonably foreseeable future. Id. at 1, 4-5, 11. Thus, Petitioner seeks his release from ICE detention. Id. at 14.

Respondent acknowledges Petitioner has been in ICE's custody for longer than the six-month presumptively reasonable period of 8 U.S.C. § 1231(a), as recognized by the United States Supreme Court in Zadvydas v. Davis, 533 U.S. 678 (2001). Dkt. No. 5 at 8.

Respondent also represents that ICE has made efforts for Petitioner's removal but has been unsuccessful. Id. at 3-4. And, Respondent concedes that "the continuing conflict between Iran and the United States, coupled with the expiration of [Petitioner's] passport, indicates that his removal is not likely." Id. at 9. Respondent also acknowledged that Petitioner could not voluntarily depart to a third country due to a lack of funds. Id. at 3.

An alien detained after his order of removal becomes final states a valid claim under Zadvydas when he (1) shows that post-final-order-of-removal detention exceeds six months' time, and (2) provides evidence of a "good reason to believe" there is "no significant likelihood of removal in the reasonably foreseeable future." Akinwale v. Ashcroft, 287 F.3d 1050, 1052 (11th Cir. 2002). Here, Petitioner has been in ICE detention longer than the presumptively reasonable period, and it is not disputed that there is no significant likelihood of Petitioner's removal in the reasonably foreseeable future. Because Respondent has offered nothing to rebut this showing, Petitioner is entitled to relief. Zadvydas, 533 U.S. at 701.

Thus, the Court **GRANTS in part** Petitioner's § 2241 Petition and **ORDERS** Respondent to release Petitioner from custody as quickly as possible, but no later than within seven (7) days of this Order. The Court **DIRECTS** the Clerk of Court to **CLOSE** this civil action and enter the appropriate judgment.

**SO ORDERED**, this 24 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA